UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Crim. No.: 2:20-cr-3-1 |
| TYBERIUS MITCHELL, | ) |
| Defendant. | ) |

INDICTMENT

The Grand Jury charges:

COUNT 1

On or about October 16, 2019, in the District of Vermont, defendant TYBERIUS MITCHELL knowingly and intentionally distributed cocaine base, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a)(1), (b)(1)(C))

A TRUE BILL

███████████████

FOREPERSON

*(signature)*
CHRISTINA E. NOLAN (WLF)
United States Attorney
Rutland, Vermont
January 15, 2020